**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7121**

———————

BOUNDARY MCCALL,

Plaintiff - Appellant,

and

ERIC LEON WALTERS,

Plaintiff,

versus

MICKY RAY; MR. GRAVETT; MR. SMITH; JOHN DOE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  William B. Traxler, Jr., District
Judge.  (CA-96-1059-9-21JC)

———————

Submitted:  February 27, 1997        Decided:  March 11, 1997

———————

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Boundary McCall, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his action brought pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>McCall v. Ray</u>, No. CA-96-1059-9-21JC (D.S.C. June 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>